Frederick Reiner and Another, Respondents, v. F. B. & W. Realty Corporation and Another, Appellants.— Motion for leave to appeal to the Appellate Division granted. The sole question to be considered on the appeal is whether the judgment should not be without prejudice to any rights the tenants may have to the security at the end of the term of the lease. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

William Schlapa, an Infant under the Age of Fourteen Years, by Tony Schlapa, His Guardian ad Litem, and Tony Schlapa, Plaintiffs, v. Sam Levine, Defendant. Joseph A. Teperson, Attorney, Appellant; Hauptman & Hauptman, Attorneys, Respondents.— Motion for reargument granted and on reargument the decision of this court handed down on July 24, 1930, is hereby amended by adding thereto, at the end thereof, the following: " In the event that a settlement is made herein for an amount that would make the allowance of $250 excessive, the entire matter is referred to the Special Term for a final adjustment." Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ. [See 230 App. Div. 768.]

Frederick W. Weber, Appellant, v. Joseph Trepel and Jack Trepel, Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

Louis Weinberg, Respondent, v. Elco Shoe Manufacturers, Inc., Appellant. — Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

Solomon Witt, Respondent, v. Leon Sacks, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Scudder, Tompkins and Davis, JJ.; Hagarty, J., not voting.